# In the United States Court of Federal Claims

Case No. 08-533C
(Filed: August 26, 2008)

****************************************************
CARDIOSOM, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Plaintiff's unopposed Motion for Leave to File a Corrected Complaint, filed August 21, 2008, is hereby GRANTED. Plaintiff is directed to file the Corrected Complaint, including the inadvertently omitted Attachments A and B, forthwith.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Judge
for Judge Lawrence M. Baskir