IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(Electronically filed August 26, 2008)

| | | |
|---|---|---|
| CARDIOSOM, L.L.C.<br>615 West Carmel Drive<br>Carmel, Indiana 46032<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 08-533<br><br>Judge Baskir |

CORRECTED COMPLAINT

Plaintiff CardioSom, LLC ("CardioSom"), through its undersigned counsel, brings this action against defendant The United States of America ("United States" or "government"), and alleges the following:

NATURE OF THIS ACTION

1. This is an action for breach of a contract (the "Contract") between Cardiosom and the Centers for Medicare & Medicaid Services of the U.S. Department of Health and Human Services ("CMS").

2. The government abrogated and breached the Contract on July 15, 2008.

3. The government's abrogation and breach of the Contract has caused CardioSom substantial damages, both in loss of significant sums expended in preparation to perform the Contract and in lost profits.

PARTIES

4. CardioSom is a limited liability company organized and existing under the laws of the State of Indiana.

5. The United States is a sovereign government that is bound to honor both the contractual obligations it undertakes and the requirements of the Fifth Amendment to the U.S. Constitution.

6. CMS is an agency of the United States, and at all times relevant to this action has been acting on behalf of the United States.

FACTS

7. Medicare is a federal health insurance program for the aged and disabled. Among other things, the Medicare program provides and at all times relevant to this action has provided coverage for Durable Medical Equipment, Prosthetics, Orthotics, and Supplies ("DMEPOS"), including oxygen equipment, continuous positive airway pressure devices, respiratory assist devices, and related supplies, as more particularly described in Attachment A hereto ("Oxygen and Respiratory Equipment and Supplies"), for use by Medicare beneficiaries in their homes. The Medicare program is administered by CMS.

8. Prior to July 1, 2008, all Medicare participating suppliers of DMEPOS could furnish covered items of DMEPOS, including Oxygen and Respiratory Equipment and Supplies, to any Medicare beneficiary residing anywhere in the United States, and would be reimbursed for such items on the basis of a fee schedule. *See* 42 U.S.C. § 1395(m)(a); 42 C.F.R. §§ 414.210; 424.57. CardioSom is and at all times relevant to this action has been such a Medicare participating supplier.

9. To achieve Medicare program savings, in Section 302 of the Medicare Prescription Drug Improvement and Modernization Act of 2003 (the "MMA"), Congress established a program of competitive bidding for DMEPOS, under which contracts would be awarded to selected firms in specified regions for the supply of DMEPOS to Medicare

beneficiaries. *See* Medicare Prescription Drug Improvement and Modernization Act of 2003, H.R. 1, 108th Cong., Pub. L. No. 108-173, § 302 (2003) (codified at 42 U.S.C. § 1395w-3).

10. On April 10, 2007, CMS promulgated final regulations implementing the competitive bidding/selective supplier contracting program for DMEPOS. 72 Fed. Reg. 17992 (April 10, 2007) (codified at 42 C.F.R. Parts 411 and 414) (the "Regulations").

11. Under the MMA and the Regulations, CMS was required to conduct competitive bidding for certain items of DMEPOS, including Oxygen and Respiratory Equipment and Supplies, in 10 of the largest metropolitan statistical areas in 2007. This was the initial round of competitive bidding under Section 302 of the MMA (the "Initial Round").

12. The term of the Initial Round contracts was by law 3 years, from July 1, 2008 through June 30, 2011. *See, e.g.*, MMA § 302(b); CMS, *Medicare Claims Processing Manual*, ch. 36, § 20.5 (CMS Pub. 100-04) (CMS Trans. 1502) (May 9, 2008). The product categories and metropolitan statistical areas subject to the Initial Round of competitive bidding are listed on Attachment B hereto. The metropolitan statistical areas selected by CMS for competitive bidding are referred to in the Regulations as "competitive bid areas" or "CBAs." 42 C.F.R. § 414.402. CMS was required to solicit bids for DMEPOS items grouped into product categories for each CBA.

13. CMS was required to array the bid prices from low to high and, beginning with the lowest qualified bid, to select that number of contract suppliers sufficient to meet the projected demand for items in the product category in the CBA, but not more than that number (subject to special rules for small supplier participation). *See,* MMA § 302(b)(1); 42 C.F.R. § 414.414. Based on the bids submitted by the suppliers sufficient to meet projected demand, CMS was required to determine a "single payment amount" for each competitively bid item for

each CBA. Following these procedures, CMS would enter contracts with the selected suppliers, called "contract suppliers," under the Regulations. *See* 42 C.F.R. § 414.402.

14. CMS performed these functions, selecting a limited numbers of suppliers and establishing a single payment amount for each product category in each CBA as determined by the bids, as contemplated by and in accordance with the terms of MMA and the Regulations. By conducting competitive bidding and limiting the number of awarded suppliers, the government intended to achieve aggregate savings by providing the awarded contract suppliers higher volumes in exchange for reduced unit payments. In fact, the MMA and Regulations prohibited Medicare payment for competitively bid items furnished in CBAs to beneficiaries residing in the CBA where the items were furnished by non-contract suppliers (with a limited exception for rental of equipment in place on July 1, 2007). This, by statute and regulation, assured contract suppliers significant volumes that would be sufficient to enable them to reduce the per unit Medicare payment amounts for the competitively bid items.

15. CardioSom, along with all other applicants to become contract suppliers, was required to submit its application to become a contract supplier by no later than September 25, 2007. CardioSom timely submitted its application.

16. On May 21, 2008, CMS announced the contract suppliers and therby awarded to Cardiosom the Contract that is the subject of this action. CardioSom was selected as a contract supplier for 9 of the 10 CBAs for Oxygen and/or Respiratory Equipment and Supplies. Thereafter, in a document dated June 20, 2008 ("ratification agreement"), CardioSom and CMS ratifed and confirmed the Contract terms for the CBAs and the Oxygen and Respiratory Equipment and Supplies for which CMS had awarded the Contract to CardioSom.

17. From the time CMS announced that CardioSom was a contract supplier, and thus awarded the Contract to Cardiosom, CardioSom began to incur significant expenses to perform its responsibilities under the competitive bid program. Among other things, CardioSom rented additional space in CBAs, purchased inventory and hired staff.

18. Beginning on July 1, 2008, in accordance with the Regulations, CMS instructions, and the ratification agreement with CMS, CardioSom began supplying items in accordance with the requirements of the MMA, Regulations, the Contract with CMS, and CMS instructions.

19. On July 15, 2008, Congress enacted the Medicare Improvements for Patients and Providers Act of 2008, HR 6331, 110th Cong., Pub. L. No. 110-275 (July 15, 2008) (the "2008 Act"). Under the 2008 Act, Congress abrogated and terminated the contracts awarded to contract suppliers in Round 1 of competitive bidding, including the Contract, after those contracts had been awarded and were in effect and being performed. In addition, Congress nullified Round 1 and provided that CMS would re-conduct the Round 1 bidding, so that previously awarded contract suppliers are required to re-compete and they have no assurance of being the contract suppliers in the new "Round 1." The 2008 Act provides in pertinent part as follows:

> (D) CHANGES IN COMPETITIVE ACQUISITION PROGRAMS.—
>
> (i) ROUND 1 OF COMPETITIVE ACQUISITION PROGRAM.—
>
> Notwithstanding subparagraph (B)(i)(I) [initially establishing Round 1 of competitive bidding] and in implementing the first round of the competitive acquisition programs under this section—

> (I) ***the contracts awarded under this section before the date of the enactment of this subparagraph are terminated, no payment shall be made under this title on or after the date of the enactment of this subparagraph based on such a contract, and, to the extent that any damages may be applicable as a result of the termination of such contracts, such damages shall be payable from the Federal Supplementary Medical Insurance Trust Fund under section 1841[.]***

2008 Act, § 154 (emphasis added).

20. As a direct and proximate result of the abrogation of the government's Contract with CardioSom by operation of the 2008 Act, CardioSom has lost the entire amount it invested in leases, personnel, inventory and other items in reliance upon and in preparation to furnish Oxygen and Respiratory Equipment and Supplies in the 9 CBAs in which it was a Round 1 contract supplier.

21. As a direct and proximate result of the abrogation of the government's Contract with CardioSom by operation of the 2008 Act, CardioSom lost the profits it would have earned as a contract supplier during the 3 year period of the Contract, *i.e.,* from July 1, 2008 through June 30, 2011.

COUNT I

(Breach of Contract)

22. Cardiosom realleges all allegations of paragraphs 1 thorugh 19 above.

23. By reason of the foregoing, the government is liable to Cardiosom for breach of the Contract and for all damages incurred by Cardiosom.

COUNT II

(Uncompensated Taking of Property)

24. Cardiosom realleges all allegations of paragraphs 1 thorugh 21 above.

25. The Contract and all amounts Cardiosom has invested in order to perform the Contract constitute private property subject to and protected by the Just Compensation Clause of the Fifth Amendment to the U. S. Constitution.

26. By reason of the foregoing, the government has taken Cardiosom's property, and because the government has not yet paid Cardiosom any just compensation, the government is now liable to pay Cardiosom just compensation from the date of the taking.

PRAYER FOR RELIEF

Accordingly, CardioSom demands relief and judgment as follows:

On Count I, for all damages resulting from the government's breach of contract

On Count II, for just compensation as required by the Fifth Amendment.

On both Counts, for all reasonable attorneys' fees, litigation expenses and costs incurred by Cardiosom in this action, in accordance with 28 U.S.C. § 4654(c) or as otherwise may be authorized by law;

On all Counts, for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: August 26, 2008

s/Jerry Stouck

Jerry Stouck (counsel of record)
William B. Eck
Greenberg Traurig, LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
(202) 331-3173 phone
(202) 261-4751 facsimile
*Attorneys for Plaintiff CardioSom, LLC*

# ATTACHMENT A

**ATTACHMENT A**

| **PRODUCT CATEGORY 1** | |
|---|---|
| **Oxygen Supplies and Equipment** | |
| Payment Class A - Stationary Oxygen Equipment & Oxygen Contents (Stationary & Portable) Includes Codes E0424, E0439, E1390 and E1391 | |
| Payment Class B - Portable Equipment Only (Gaseous or Liquid Tanks ) Includes Codes E0431 and E0434 | |
| Payment Class C - Oxygen Generating Portable Equipment Only (OGPE) Includes Codes E1392 and K0738 | |
| Payment Class D - Stationary Oxygen Contents Only - Includes Codes E0441 and E0442 | |
| Payment Class E - Portable Oxygen Contents Only - Includes Codes I0443 and E0444 | |
| A4608 | Transtracheal oxygen catheter |
| A46115 | Cannula |
| A4616 | Tubing, per foot |
| A4617 | Mouthpiece |
| A4620 | Mask |
| E0560 | Humidifier supplemental w/ippb treatment or oxygen delivery |
| E0580 | Nebulizer for use w/regulator |
| E1353 | Regulator |
| E1355 | Stand/rack |

| PRODUCT CATEGORY 6 | |
|---|---|
| **Continuous Positive Airway Pressure Devices, Respiratory Assist Devices, and Related Supplies and Accessories** | |
| A4604 | Tubing with heating element |
| A7030 | CPAP full face mask |
| A7031 | Replacement facemask interface |
| A7032 | Replacement nasal cushion |
| A7033 | Replacement nasal pillows |
| A7034 | Nasal application device |
| A7035 | Pos airway press headgear |
| A7036 | Pos airway press chinstrap |
| A7037 | Pos airway pressure tubing |
| A7038 | Pos airway pressure filter |
| A7039 | Filer, non disposable used with PAP device |
| A7044 | PAP oral interface |
| A7045 | Repl exhalation port for PAP |
| A7046 | Repl water chamber, PAP device |
| E0470 | RAD w/o backup non-inv interface |
| E0471 | RAD w/backup non inv interface |
| E0472 | RAD w backup invasive interface |
| E0561 | Humidifier non heated with PAP |
| E0562 | Humidifier heated used with PAP |
| E0601 | Cont. airway pressure device |

# ATTACHMENT B

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
Room 303-D
200 Independence Avenue, SW
Washington, DC 20201

CMS CENTERS for MEDICARE & MEDICAID SERVICES

**Public Affairs Office**

# MEDICARE NEWS

**FOR IMMEDIATE RELEASE**
April 2, 2007

CONTACT: CMS Public Affairs
(202) 690-6145

## NEW PROGRAM REDUCES COSTS AND IMPROVES ACCESS TO HIGH QUALITY MEDICAL EQUIPMENT AND SUPPLIES FOR MEDICARE BENEFICIARIES

Today, the Centers for Medicare & Medicaid Services (CMS) issued a final rule to implement a new competitive bidding program in Medicare that will reduce beneficiary out-of-pocket costs, improve the accuracy of Medicare payments, and ensure beneficiary access to high quality medical equipment and supplies.

As health care costs continue to rise, this new program is an opportunity to improve and modernize Medicare, using the competitive marketplace to obtain better value for beneficiaries and taxpayers. It builds upon the success of competitive bidding demonstration projects in Texas and Florida, which produced significant cost savings with uninterrupted beneficiary access to high quality medical items and supplies.

The new competitive bidding program, mandated by Congress in the Medicare Prescription Drug, Improvement, and Modernization Act of 2003 (MMA), will replace the current Medicare fee schedule for certain durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS) in ten of the largest Metropolitan Statistical Areas across the country and will apply initially to ten categories of medical equipment and supplies. CMS expects to begin the bidding process in late April, to announce winning suppliers in early December, and to have payments under the program go into effect in April 2008.

### Beneficiary and Taxpayer Savings

When fully implemented in 2010, the program is projected to save Medicare and taxpayers $1 billion annually—and these savings will directly translate to lower coinsurance for Medicare beneficiaries. Further, the projected overall savings to part B of the Medicare program should help reduce the part B premium Medicare beneficiaries pay each month.

### High Quality Medical Equipment and Supplies

The bidding process is designed to ensure the availability of a wide variety of medical equipment and supplies for beneficiaries. When combined with the supplier quality standards and accreditation requirements that are already underway, this program will ensure that high quality medical equipment and supplies are available to Medicare beneficiaries who need them.

Efficient and Uninterrupted Delivery of Care

The program is designed to be user friendly for Medicare beneficiaries, preserving the physician-patient relationship. By including a limited exception that will allow certain treating professionals to furnish certain specified items on the competitive bidding list to their patients without participating in the bidding process, the program promotes the efficient and uninterrupted delivery of care to Medicare beneficiaries. In addition, when suppliers that furnish home oxygen and other rented durable medical equipment in a competitive bidding area are not awarded contracts under the program, these suppliers and the Medicare beneficiaries they serve will have the opportunity to continue their rental agreements and supply arrangements under the program.

Delivery Choices for Diabetic Supplies

Approximately 60 percent of diabetic supplies (i.e., test strips and lancets used with blood glucose monitors) are currently delivered to Medicare beneficiaries through mail-order arrangements. Under the competitive bidding program, beneficiaries will continue to have the option of obtaining these important supplies through mail-order or other modes of delivery, as only mail-order diabetic supplies are subject to competitive bidding at this time.

If a beneficiary living in a competitive bidding area chooses to obtain these supplies through mail-order, they are expected to reduce their costs for these supplies by obtaining them from one of the suppliers awarded a contract under the competitive bidding program. If the beneficiary chooses to obtain their diabetic supplies from a local pharmacy or supplier storefront or by supplier delivery other than mail delivery, then they can obtain the supplies from any enrolled Medicare supplier and payment for the supplies will be based on the current fee schedule payment methodology.

In no case will a beneficiary's choice of their blood glucose monitor be affected by the competitive bidding program. The blood glucose monitors are not subject to competitive bidding at this time, and suppliers who furnish replacement test strips through the competitive bidding mail-order program will be required to furnish the same brands of test strips they furnish to non-Medicare patients.

Small Supplier Protections

A number of protections have been included to ensure small supplier participation and access to the competitive bidding market, including establishing a target number for small suppliers equal to 30 percent of the number of winning suppliers in each product category, allowing small suppliers to form networks to participate in the bidding process, and granting small suppliers the flexibility to choose the product categories on which they will submit bids (as suppliers will not be required to submit bids for all product categories).

**CHARLOTTE-GASTONIA-CONCORD, NC-SC**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Charlotte-Gastonia-Concord, NC-SC metropolitan area.

The Charlotte-Gastonia-Concord, NC-SC metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in the Charlotte-Gastonia-Concord, NC-SC metropolitan area for non-mail-order products are Anson, Cabarrus, Gaston, Mecklenburg, and Union Counties in North Carolina and York County in South Carolina. Zip codes that have at least 50 percent of their area in these counties will be covered. The coverage area for mail-order products is slightly larger because all zip codes with any area in these counties will be included. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- Although the program will initially involve ten product categories, not all of these categories will be bid in all areas. The nine categories of items to be bid in the Charlotte-Gastonia-Concord, NC-SC metropolitan area are:

  - Oxygen Supplies and Equipment;
  - Standard Power Wheelchairs, Scooters, and Related Accessories;
  - Complex Rehabilitative Power Wheelchairs and Related Accessories;
  - Mail-Order Diabetic Supplies;
  - Enteral Nutrients, Equipment, and Supplies;
  - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
  - Hospital Beds and Related Accessories;
  - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories; and
  - Walkers and Related Accessories.

- The 174,319 eligible beneficiaries residing in the area were served by 279 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Charlotte-Gastonia-Concord, NC-SC metropolitan area was $38 million in 2005.

- Anticipated savings for taxpayers in the Charlotte-Gastonia-Concord, NC-SC metropolitan area during the first full year of the program are about $6.2 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $1.5 million.

**CINCINNATI-MIDDLETOWN, OH-KY-IN**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Cincinnati-Middletown, OH-KY-IN metropolitan area.

The Cincinnati-Middletown, OH-KY-IN metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in the Cincinnati-Middletown, OH-KY-IN metropolitan area for non-mail-order products are Brown, Butler, Clermont, Hamilton, and Warren Counties in Ohio; Boone, Campbell, and Kenton Counties in Kentucky; and Dearborn County in Indiana. Zip codes that have at least 50 percent of their area in these counties will be covered. The coverage area for mail-order products is slightly larger and also includes Bracken, Gallatin, Grant, and Pendleton Counties in Kentucky and Franklin and Ohio Counties in Indiana. All zip codes with any area in these counties will be covered. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- Although the program will initially involve ten product categories, not all of these categories will be bid in all areas. The nine categories of items to be bid in the Cincinnati-Middletown, OH-KY-IN metropolitan area are:

  - Oxygen Supplies and Equipment;
  - Standard Power Wheelchairs, Scooters, and Related Accessories;
  - Complex Rehabilitative Power Wheelchairs and Related Accessories;
  - Mail-Order Diabetic Supplies;
  - Enteral Nutrients, Equipment, and Supplies;
  - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
  - Hospital Beds and Related Accessories;
  - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories; and
  - Walkers and Related Accessories.

- The 251,390 eligible beneficiaries residing in the area were served by 305 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Cincinnati-Middletown, OH-KY-IN metropolitan area was $38 million in 2005.

- Anticipated savings for taxpayers in the Cincinnati-Middletown, OH-KY-IN metropolitan area during the first full year of the program are about $6.1 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $1.5 million.

**CLEVELAND-ELYRIA-MENTOR, OH**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Cleveland-Elyria-Mentor, OH metropolitan area.

The Cleveland-Elyria-Mentor, OH metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in the Cleveland-Elyria-Mentor, OH metropolitan area for non-mail-order products are Cuyahoga, Geauga, Lake, Lorain, and Medina. Zip codes that have at least 50 percent of their area in these counties will be covered. The coverage area for mail-order products is slightly larger because all zip codes with any area in these counties will be included. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- Although the program will initially involve ten product categories, not all of these categories will be bid in all areas. The nine categories of items to be bid in the Cleveland-Elyria-Mentor, OH metropolitan area are:

    - Oxygen Supplies and Equipment;
    - Standard Power Wheelchairs, Scooters, and Related Accessories;
    - Complex Rehabilitative Power Wheelchairs and Related Accessories;
    - Mail-Order Diabetic Supplies;
    - Enteral Nutrients, Equipment, and Supplies;
    - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
    - Hospital Beds and Related Accessories;
    - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories; and
    - Walkers and Related Accessories.

- The 287,511 eligible beneficiaries residing in the area were served by 325 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Cleveland-Elyria-Mentor, OH metropolitan area was $47 million in 2005.

- Anticipated savings for taxpayers in the Cleveland-Elyria-Mentor, OH metropolitan area during the first full year of the program are about $7.6 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $1.9 million.

**DALLAS-FORT WORTH-ARLINGTON, TX**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Dallas-Fort Worth-Arlington, TX metropolitan area.

The Dallas-Fort Worth-Arlington, TX metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in the Dallas-Fort Worth-Arlington, TX metropolitan area for non-mail-order products are Collin, Dallas, Denton, Ellis, Hunt, Johnson, Kaufman, Parker, Rockwall, Tarrant, and Wise. Zip codes that have at least 50 percent of their area in these counties will be covered. The coverage area for mail-order products is slightly larger because all zip codes with any area in these counties will be included; Delta County is also included. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- Although the program will initially involve ten product categories, not all of these categories will be bid in all areas. The nine categories of items to be bid in the Dallas-Fort Worth-Arlington, TX metropolitan area are:

  - Oxygen Supplies and Equipment;
  - Standard Power Wheelchairs, Scooters, and Related Accessories;
  - Complex Rehabilitative Power Wheelchairs and Related Accessories;
  - Mail-Order Diabetic Supplies;
  - Enteral Nutrients, Equipment, and Supplies;
  - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
  - Hospital Beds and Related Accessories;
  - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories; and
  - Walkers and Related Accessories.

- The 481,835 eligible beneficiaries residing in the area were served by 580 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Dallas-Fort Worth-Arlington, TX metropolitan area was $101 million in 2005.

- Anticipated savings for taxpayers in the Dallas-Fort Worth-Arlington, TX metropolitan area during the first full year of the program are about $16.2 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $4.1 million.

**KANSAS CITY, MO-KS**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Kansas City, MO-KS metropolitan area.

The Kansas City, MO-KS metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in the Kansas City, MO-KS metropolitan area for non-mail-order products are Cass, Clay, Jackson, Lafayette, Platte, and Ray Counties in Missouri and Franklin, Johnson, Leavenworth, Miami, and Wyandotte Counties in Kansas. Zip codes that have at least 50 percent of their area in these counties will be covered. The coverage area for mail-order products is slightly larger, and also includes Bates, Caldwell, and Clinton Counties in Missouri and Linn County in Kansas. All zip codes in these counties will be covered. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- Although the program will initially involve ten product categories, not all of these categories will be bid in all areas. The nine categories of items to be bid in the Kansas City, MO-KS metropolitan area are:

    - Oxygen Supplies and Equipment;
    - Standard Power Wheelchairs, Scooters, and Related Accessories;
    - Complex Rehabilitative Power Wheelchairs and Related Accessories;
    - Mail-Order Diabetic Supplies;
    - Enteral Nutrients, Equipment, and Supplies;
    - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
    - Hospital Beds and Related Accessories;
    - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories; and
    - Walkers and Related Accessories.

- The 225,481 eligible beneficiaries residing in the area were served by 248 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Kansas City, MO-KS metropolitan area was $40 million in 2005.

- Anticipated savings for taxpayers in the Kansas City, MO-KS metropolitan area during the first full year of the program are about $6.4 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $1.6 million.

**MIAMI-FORT LAUDERDALE-MIAMI BEACH, FL**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Miami-Fort Lauderdale-Miami Beach, FL metropolitan area.

The Miami-Fort Lauderdale-Miami Beach, FL metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in the Miami-Fort Lauderdale-Miami Beach, FL metropolitan area for non-mail-order products are Broward, Miami-Dade, and Palm Beach. Zip codes that have at least 50 percent of their area in these counties will be covered. The coverage area for mail-order products is slightly larger because all zip codes with any area in these counties will be included. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- The ten categories of items to be bid in the Miami-Fort Lauderdale-Miami Beach, FL metropolitan area are:

    - Oxygen Supplies and Equipment;
    - Standard Power Wheelchairs, Scooters, and Related Accessories;
    - Complex Rehabilitative Power Wheelchairs and Related Accessories;
    - Mail-Order Diabetic Supplies;
    - Enteral Nutrients, Equipment, and Supplies;
    - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
    - Hospital Beds and Related Accessories;
    - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories;
    - Walkers and Related Accessories; and
    - Support Surfaces (Group 2 and 3 mattresses and overlays).

- The 514,523 eligible beneficiaries residing in the area were served by 1,275 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Miami-Fort Lauderdale-Miami Beach, FL metropolitan area was $192 million in 2005.

- Anticipated savings for taxpayers in Miami-Fort Lauderdale-Miami Beach, FL during the first full year of the program are about $30.6 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $7.7 million.

**ORLANDO-KISSIMMEE, FL**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Orlando-Kissimmee, FL metropolitan area.

The Orlando-Kissimmee, FL metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in the Orlando-Kissimmee, FL metropolitan area for non-mail-order products are Lake, Orange, Osceola, and Seminole. Zip codes that have at least 50 percent of their area in these counties will be covered. The coverage area for mail-order products is slightly larger because all zip codes with any area in these counties will be included. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- Although the program will initially involve ten product categories, not all of these categories will be bid in all areas. The nine categories of items to be bid in the Orlando-Kissimmee, FL metropolitan area are:

    - Oxygen Supplies and Equipment;
    - Standard Power Wheelchairs, Scooters, and Related Accessories;
    - Complex Rehabilitative Power Wheelchairs and Related Accessories;
    - Mail-Order Diabetic Supplies;
    - Enteral Nutrients, Equipment, and Supplies;
    - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
    - Hospital Beds and Related Accessories;
    - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories; and
    - Walkers and Related Accessories.

- The 246,880 eligible beneficiaries residing in the area were served by 331 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Orlando-Kissimmee, FL metropolitan area was $49 million in 2005.

- Anticipated savings for taxpayers in the Orlando-Kissimmee, FL metropolitan area during the first full year of the program are about $7.8 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $2 million.

**PITTSBURGH, PA**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Pittsburgh, PA metropolitan area.

The Pittsburgh, PA metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in Pittsburgh, PA for non-mail-order products are Allegheny, Armstrong, Beaver, Butler, Fayette, Washington, and Westmoreland. Zip codes that have at least 50 percent of their area in these counties will be covered. The coverage area for mail-order products is slightly larger because all zip codes with any area in these counties will be included. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- Although the program will initially involve ten product categories, not all of these categories will be bid in all areas. The nine categories of items to be bid in the Pittsburgh, PA metropolitan area are:

    - Oxygen Supplies and Equipment;
    - Standard Power Wheelchairs, Scooters, and Related Accessories;
    - Complex Rehabilitative Power Wheelchairs and Related Accessories;
    - Mail-Order Diabetic Supplies;
    - Enteral Nutrients, Equipment, and Supplies;
    - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
    - Hospital Beds and Related Accessories;
    - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories; and
    - Walkers and Related Accessories.

- The 265,608 eligible beneficiaries residing in the area were served by 289 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Pittsburgh, PA metropolitan area was $47 million in 2005.

- Anticipated savings for taxpayers in the Pittsburgh, PA metropolitan area during the first full year of the program are about $7.5 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $1.9 million.

**RIVERSIDE-SAN BERNARDINO-ONTARIO, CA**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the Riverside-San Bernardino-Ontario, CA metropolitan area.

The Riverside-San Bernardino-Ontario, CA metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The counties to be covered in the Riverside-San Bernardino-Ontario, CA metropolitan area for non-mail-order products include densely populated zip codes in the western part of Riverside County and the southwestern region of San Bernardino. San Bernardino is the largest county in the contiguous 48 states and Riverside is also very large. Both counties include sparsely populated areas in the mountains and desert. These areas are not included in the competitive bidding area for non-mail-order products because they have low population and allowed charges, are predominantly rural, are geographically distant from the center of the competitive bidding area, and are served by few suppliers. However, because mail-order products can be delivered anywhere, the coverage area for mail-order products includes all areas in Riverside and San Bernardino Counties. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- Although the program will initially involve ten product categories, not all of these categories will be bid in all areas. The nine categories of items to be bid in the Riverside-San Bernardino-Ontario, CA metropolitan area are:

    - Oxygen Supplies and Equipment;
    - Standard Power Wheelchairs, Scooters, and Related Accessories;
    - Complex Rehabilitative Power Wheelchairs and Related Accessories;
    - Mail-Order Diabetic Supplies;
    - Enteral Nutrients, Equipment, and Supplies;
    - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
    - Hospital Beds and Related Accessories;
    - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories; and
    - Walkers and Related Accessories.

- The 248,766 eligible beneficiaries residing in the area were served by 495 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the Riverside-San Bernardino-Ontario, CA metropolitan area was $42 million in 2005.

- Anticipated savings for taxpayers in the Riverside-San Bernardino-Ontario, CA metropolitan area during the first full year of the program are about $6.8 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $1.7 million.

**SAN JUAN-CAGUAS-GUAYNABO, PR**

This new program changes the way Medicare will pay for certain medical equipment and supplies in select areas of the country, including the San Juan-Caguas-Guaynabo, PR metropolitan area.

The San Juan-Caguas-Guaynabo, PR metropolitan area was chosen as one of the first areas to benefit from this new program because it is one of the 50 largest metropolitan areas in the country and ranks highly in terms of total Medicare DMEPOS allowed charges, allowed charges per beneficiary, and suppliers per beneficiary.

- The municipios to be covered in the San Juan-Caguas-Guaynabo, PR metropolitan area for non-mail-order products are Aguas Buenas, Aibonito, Arecibo, Barceloneta, Barranquitas, Bayamón, Caguas, Camuy, Canóvanas, Carolina, Cataño, Cayey, Ciales, Cidra, Comerío, Corozal, Dorado, Florida, Guaynabo, Gurabo, Hatillo, Humacao, Juncos, Las Piedras, Loíza, Manatí, Maunabo, Morovis, Naguabo, Naranjito, Orocovis, Quebradillas, Río Grande, San Juan, San Lorenzo, Toa Alta, Toa Baja, Trujillo Alto, Vega Alta, Vega Baja, and Yabucoa. The coverage area for mail-order products is identical. The full list of zip codes that will benefit from the program can be found on the CMS website at http://www.dmecompetitivebid.com.

- The ten categories of items to be bid in the San Juan-Caguas-Guaynabo, PR metropolitan area are:

  - Oxygen Supplies and Equipment;
  - Standard Power Wheelchairs, Scooters, and Related Accessories;
  - Complex Rehabilitative Power Wheelchairs and Related Accessories;
  - Mail-Order Diabetic Supplies;
  - Enteral Nutrients, Equipment, and Supplies;
  - Continuous Positive Airway Pressure (CPAP) Devices, Respiratory Assist Devices (RADs), and Related Supplies and Accessories;
  - Hospital Beds and Related Accessories;
  - Negative Pressure Wound Therapy (NPWT) Pumps and Related Supplies and Accessories;
  - Walkers and Related Accessories; and
  - Support Surfaces (Group 2 and 3 mattresses and overlays).

- The 297,950 eligible beneficiaries residing in the area were served by 402 suppliers in 2005.

- Total Medicare spending for medical equipment and supplies in the San Juan-Caguas-Guaynabo, PR metropolitan area was $60 million in 2005.

- Anticipated savings for taxpayers in the San Juan-Caguas-Guaynabo, PR metropolitan area during the first full year of the program are about $9.6 million, and beneficiary out-of-pocket costs in the area are projected to decrease by an estimated $2.4 million.

###