IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARDIOSOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-533C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of this Court, defendant, the United States, respectfully requests a 35-day enlargement of time within which to respond to the complaint of plaintiff, Cardiosom LLC ("Cardiosom"). Our response is currently due on September 22, 2008. The extension would bring the date for responding to plaintiff's complaint to October 27, 2008. This is the defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

This request for enlargement is necessary because Government counsel only today received a litigation report from the client agency. Agency counsel's involvement in multiple bid protests currently pending before the Government Accountability Office, as well as the work schedules of other agency personnel, prevented the agency from providing

the Department of Justice with its litigation report earlier. Because a litigation report is essential for formulating a response to plaintiff's claims, counsel for the Government has been unable to prepare an appropriate response to the complaint. The additional time requested is necessary to enable the agency to provide the undersigned trial counsel with the necessary materials, enable the undersigned trial counsel to review the agency's materials, determine an appropriate response, coordinate its contents with agency counsel, and to obtain the necessary internal approval.

The additional time requested by this motion also takes into account the undersigned trial counsel's work schedule, which has included over the last month and will include over the next month, briefing of four appeals pending before the United States Court of Appeals for the Federal Circuit, Wells v. Peake, 2008-7098, Johnson v. Office of Personnel Management, 2008-3107, Sarhan v. Department of Justice, 2008-3258, and Kessler v. Office of Personnel Management, 2008-3068, preparation of responsive pleadings in R.C. Professionals v. United States, 08-359C (Fed. Cl.), discovery obligations in United States v. Isaac Industries, Inc., 07-00429 (Ct. Int'l Trade), and numerous responsibilities in Chevron U.S.A. Inc. v.

United States, No. 04-1365C (Fed. Cl.).

For these reasons, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 35 days, to and including October 27, 2008, within which to respond to plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Anuj Vohra
ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-0521
Facsimile: (202) 305-7644

September 10, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 10th day of September, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra