# In the United States Court of Federal Claims

Case No. 08-533C
(Filed: September 12, 2008)

*************************************************
CARDIOSOM, LLC, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************

## ORDER

**Defendant's** unopposed **Motion for** a 35-day **Enlargement of Time** to respond to Plaintiff's Complaint, filed September 10, 2008, is hereby **GRANTED**. **Defendant shall file its response to the Complaint no later than October 27, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge